## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                                          Case No.: 20-13212 LMI
ANDREW COSTA                                                     Chapter 13
     Debtor.

_____/

## MOTION TO WAIVE WAGE DEDUCTION ORDER

COMES NOW, Debtor, ANDREW COSTA, by and through undersigned counsel and herein files the above styled motion and in support thereof states as follows:

1. On March 9, 2020 Debtor filed a voluntary petition for Chapter 13 bankruptcy relief.

2. Debtor feels that a wage deduction order may jeopardize his employment as he handles sensitive financial data for the Department of the Defense.

3. Counsel advised the Debtor the reasoning behind the WDO and Debtor is aware that if he falls behind in future payments, the Court may require a WDO if he is employed.

**WHEREFORE**, Debtor respectfully requests that this Court issue an Order waiving the WDO and any other relief deemed just and reasonable.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Law Offices of Samir Masri
901 Ponce de Leon Blvd., Suite 101
Coral Gables, FL  33134
Tel: (305) 445-3422


By:   _/s/ Samir Masri_____
    Samir Masri, Esquire
    FBN: 145513